David Manning STODGHILL,
Appellant

v.

PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, Appellee

No. 3 MAP 2017

Supreme Court of Pennsylvania.

Decided: January 18, 2018

## ORDER

PER CURIAM

**AND NOW,** this 18th day of January, 2018, the Order of the Commonwealth Court is hereby **AFFIRMED.**